**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    7

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Roaming Networks, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 32-0543659 |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1801 Euclid Avenue <br> Chicago Heights, IL 60411 <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| Cook <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | Orchard Electric, Inc. | Relationship | Affiliate |
|---|---|---|---|---|
| | District | Northern District of Illinois | | |
| | | When   11/03/23 | Case number, if known | 23-14821 |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Roaming Networks, Inc.** _____  Case number (*if known*) _____

Name

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Roaming Networks, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November  6, 2023
                MM / DD / YYYY

**X** /s/ Nikola Petrovic                           Nikola Petrovic
Signature of authorized representative of debtor     Printed name

Title    Chief Executive Officer

**18. Signature of attorney**

**X** /s/ David J. Schwab                      Date   November  6, 2023
Signature of attorney for debtor                     MM / DD / YYYY

David J. Schwab 6204333
Printed name

Ralph, Schwab & Schiever, Chartered
Firm name

3 Hawthorn Parkway
Suite 200
Vernon Hills, IL 60061
Number, Street, City, State & ZIP Code

Contact phone   847-367-9699        Email address   djschwab@rsslawoffices.com

6204333 IL
Bar number and State

Debtor name    Roaming Networks, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* ___
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 6, 2023     **X** /s/ Nikola Petrovic
                                           Signature of individual signing on behalf of debtor

                                           Nikola Petrovic
                                           Printed name

                                           Chief Executive Officer
                                           Position or relationship to debtor

Debtor name   Roaming Networks, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

---

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................ $       0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................... $     1,937,561.90

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................... $     1,937,561.90

---

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     6,669,326.95

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $       0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     11,383,837.36

4.   **Total liabilities** ......................................................................................
Lines 2 + 3a + 3b

$     18,053,164.31

Debtor name    Roaming Networks, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:          Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BMO Harris, N.A. | Checking | | $20.90 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $20.90

### Part 2:          Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:          Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

    11b. Over 90 days old:        439,541.00        -        0.00        =....        $439,541.00
                                  face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    $439,541.00

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** General Inventory Materials | | $0.00 | | $300,000.00 |
| Radio Access Network Equipment Inventory | | $0.00 | | $180,000.00 |

23.    **Total of Part 5.**

       Add lines 19 through 22.  Copy the total to line 84.                                        $480,000.00

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| **40.    Office fixtures** General Office Equipment | $0.00 | | $2,500.00 |

**41.    Office equipment, including all computer equipment and communication systems equipment and software**

**42.    Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.    Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$2,500.00

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Leased Dodge RAM 2500 pick up #8 VIN#3C6UR5HJ9NG203089 | $0.00 | | $26,500.00 |
| 47.2.   Leased Dodge RAM 2500 pick up #6 VIN#3C6UR5HJXNG203196 | $0.00 | | $26,500.00 |
| 47.3.   Leased Dodge RAM 2500 pick up #5 VIN#3C6UR5HJ1NG203216 | $0.00 | | $26,500.00 |
| 47.4.   Leased Dodge RAM 2500 pick up #4 VIN#3C6UR5HJXNG203215 | $0.00 | | $26,500.00 |
| 47.5.   Leased Dodge RAM 2500 pick up #3 VIN#3C6UR5HJ3NG203203 | $0.00 | | $26,500.00 |

| | | |
|---|---|---|
| 47.6. | Leased Dodge RAM 2500 pick up #2 VIN#3C6UR5HJ0NG170435 | $0.00 | $26,500.00 |
| 47.7. | Leased Dodge RAM 2500 pick up #1 VIN#3C6UR5HJ2NG170436 | $0.00 | $26,500.00 |
| 47.8. | Chevy 2500 HD #7 VIN#1GC1KUEG7JF218284 | $0.00 | $15,000.00 |
| 47.9. | Ford Ex #2 VIN#1FM5K8D85KGA85325 | $0.00 | $20,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Climber Kits & Equipment | $0.00 | $225,000.00 |
| Construction Trailers (30 in Chicago Heights) (3 in Indianapolis) | $0.00 | $330,000.00 |
| Trailer Kits (30 in Chicago Heights) (3 in Indianapolis) | $0.00 | $225,000.00 |
| Hyster Fork Lift (1 in Chicago Heights - owned free and clear) (4 repossessed) | $0.00 | $15,000.00 |
| Boaring machine rig (machine turned over to MasTec, Inc. upon termination of project prior to completion - MasTec, Inc. to satisfy unpaid obligation owed to Blue Bridge Financial) | $0.00 | Unknown |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | $1,015,500.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Commercial Building located at 1801 Euclid Ave., Chicago Heights, IL 60411 | Lease with Highway Truck Repair LLC | $0.00 | | $0.00 |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $439,541.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $480,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,015,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,937,561.90 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,937,561.90 |

Debtor name     Roaming Networks, Inc.

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.1     Blue Brige Financial, LLC**
Creditor's Name

11921 Freedom Dr.
Suite 1130
Reston, VA 20190
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Boaring machine rig (machine turned over to MasTec, Inc. upon termination of project prior to completion - MasTec, Inc. to satisfy unpaid obligation owed to Blue Bridge Financial)

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $0.00
Value of collateral: Unknown

---

**2.2     Enterprise Rent-a-Car**
Creditor's Name

P.O. Box 843369
Kansas City, MO 64184
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Vehicle Leases/Rentals

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: $185,500.00
Value of collateral: $0.00

---

| Debtor | Roaming Networks, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.3** **Tru Funding, LLC**
Creditor's Name

9550 Sergo Dr.
Unit 104
McCook, IL 60525
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Blanket Lien on Assets

$6,483,826.95          $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$6,669,326.9
5

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

☐ Check if this is an
   amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,831.52 |
|---|---|---|---|
| | AABSys Ifocity/Chadaka Ind. Estate<br>Patia, Bhubaneswar<br>Odisiha INDIA<br>751024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,500.00 |
|---|---|---|---|
| | All Transportation LLC<br>94 Sugar Mill Lane<br>Weyers Cave, VA 24486 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $49,998.00 |
|---|---|---|---|
| | Amazon<br>Amazon Capital Services<br>PO Box 035184<br>Seattle, WA 98124-5184 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Materials_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53,164.19 |
|---|---|---|---|
| | American Express<br>600 Third Avenue<br>New York, NY 10016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,135.15 |
|---|---|---|---|

Aqua Air Enterprises
5250 W. Century Blvd.
Suite 606
Los Angeles, CA 90045

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,788.68 |
|---|---|---|---|

AW Talent
Carretera Mexico Toluca 5095
Ciudade de MEXICO
    05320

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** HR Consulting

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,462.58 |
|---|---|---|---|

Baymont Inn
12801 South Cicero
Alsip, IL 60803

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Accomodations

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $99,958.86 |
|---|---|---|---|

BM Crane
260 N. Fenway Dr.
Fenton, MI 48430

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Rental Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Butchko Electric
7333 S. Dewey Road
Amherst, OH 44001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Subco

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40,194.50 |
|---|---|---|---|

Chase Credit Card
P.O. Box 6294
Carol Stream, IL 60197-6294

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $172,881.15 |
|---|---|---|---|

City Electric Supply
400 S. Record St.
Suite 900
Dallas, TX 75202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Materials

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|
| | CloseOut Cloud, Inc.<br>200 Continental Dr.<br>Suite 401<br>Newark, DE 19713 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $13,099.14 |
|---|---|---|---|
| | Corporate Lodging Consultants<br>3444 N. Country Club Road<br>Suite 200<br>Tucson, AZ 85716 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $56,145.35 |
|---|---|---|---|
| | Dentons<br>233 S. Wacker Drive<br>Suite 5900<br>Chicago, IL 60606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Legal Fees_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|
| | Diamond McCarthy<br>2711 N. Haskell Av, Suite 3100<br>The Tower at Cityplace<br>Dallas, TX 75204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Legal Fees_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $43,050.00 |
|---|---|---|---|
| | Digital Hire Inc.<br>Attn: Mark Hoge<br>2000 Corporate Ridge, Suite 900<br>McLean, VA 20164 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $35,547.34 |
|---|---|---|---|
| | Ditch Witch<br>1555 Atlantic Drive<br>West Chicago, IL 60185 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Equipment RAN and Fiber_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $6,434.47 |
|---|---|---|---|
| | Electro Rent Corporation<br>27315 Network Place<br>Chicago, IL 60673-1273 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Rental services_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.19** | **Nonpriority creditor's name and mailing address** |

**3.19**

**Nonpriority creditor's name and mailing address**
Elliott Electric Supply
2700 Summit Avenue
Plano, TX 75074

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Materials

Is the claim subject to offset? ■ No  ☐ Yes

$20,880.32

---

**3.20**

**Nonpriority creditor's name and mailing address**
EMC Insurance
Damage Recovery
PO Box 801988
Kansas City, MO 64180

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,000.00

---

**3.21**

**Nonpriority creditor's name and mailing address**
Emerging Travel Inc.
3500 S. DuPont Hwy
Dover, DE 19901

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Air Tickets / Accomodations

Is the claim subject to offset? ■ No  ☐ Yes

$108,742.00

---

**3.22**

**Nonpriority creditor's name and mailing address**
Enterprise Leasing
P.O. Box 800089
Kansas City, MO 64180-0089

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vehicle Leases/Rentals

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.23**

**Nonpriority creditor's name and mailing address**
Enterprise Rent-A-Car
Leasing
PO Box 843369
Kansas City, MO 64184

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vehicle Leases/Rentals

Is the claim subject to offset? ■ No  ☐ Yes

$481,058.70

---

**3.24**

**Nonpriority creditor's name and mailing address**
Enterprise Rent-a-Car
Claims
P.O. Box 843369
Kansas City, MO 64184

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vehicle Leases/Rentals

Is the claim subject to offset? ■ No  ☐ Yes

$17,349.51

---

**3.25**

**Nonpriority creditor's name and mailing address**
Fibertex, LLC
P.O. Box 65621
Lubbock, TX 79464

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$57,423.00

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,350.00 |
|---|---|---|---|

First Point Group Inc.
5800 Granite Parkway, Suite 280
Granite Park I
Plano, TX 75024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __HR Consulting__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,500.00 |
|---|---|---|---|

Genevieve Bouchard House
2700 West Cypress Creek Road
Suite D100
Fort Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,278.23 |
|---|---|---|---|

Georgetown Industrial Center LLC
PO Box 22107
Tampa, FL 33602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,427.98 |
|---|---|---|---|

Georgia Underground & Supply
5158-G Kennedy Road
Forest Park, GA 30297

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207,929.08 |
|---|---|---|---|

GME Supply Company
1391 E. Boone Industrial Blvd.
Columbia, MO 65202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Equipment RAN__
__(THE AMOUNT CLAIMED IS COMBINED WITH GME SUPPLY CO -__
__TRAINING)__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

GME Supply Company - Training
Capital One Trade Credit
PO Box 105525
Atlanta, GA 30348-5525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Training__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Grainger
6001 W. 115th St.
Alsip, IL 60803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Materials__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,159.05 |

**3.33**

Nonpriority creditor's name and mailing address
Herc Rental
9010 Corporation Drive
Indianapolis, IN 46256

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$10,159.05

---

**3.34**

Nonpriority creditor's name and mailing address
Highway 66 Truck Repair LLC
4450 137th Place
Crestwood, IL 60418

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Lease for 1801 Euclid Ave., Chicago Heights, IL 60411_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.35**

Nonpriority creditor's name and mailing address
Home Depot Commercial
PO Box 9001043
Louisville, KY 40290-1043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Materials_

Is the claim subject to offset? ■ No ☐ Yes

$43,609.89

---

**3.36**

Nonpriority creditor's name and mailing address
Hotel Engine
950 S. Cherry Street, 10th Floor
Denver, CO 80246

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Accomodations_

Is the claim subject to offset? ■ No ☐ Yes

$233,267.15

---

**3.37**

Nonpriority creditor's name and mailing address
Hug & Hall
8101 Fourche Rd.
Little Rock, AR 72209

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$17,908.98

---

**3.38**

Nonpriority creditor's name and mailing address
Hyg Financial Services Inc.
P.O. Box 77102
Minneapolis, MN 55480

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rental Services_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.39**

Nonpriority creditor's name and mailing address
Intermediano SAS.
Faustino Carambula
1203 Rivera
URUGUAY

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _HR Consulting_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,314.08 |
|---|---|---|---|

JKJ Workforce Agency, Inc.
806 Morgan Boulevard, Suite J.
Harlingen, TX 78550

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $54,045.32 |
|---|---|---|---|

Koor Group Inc.
9890 Liberia Ave., #1079
Manassas, VA 20110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Ericsson Project_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $217,709.22 |
|---|---|---|---|

Koor Group TMO
12487 Camborne Ct.
Bristow, VA 20136

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Personal Leasing_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,541.83 |
|---|---|---|---|

KSM - Katz, Sapper & Miller
Department 235
PO Box 7096
Indianapolis, IN 46206-7096

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,884.80 |
|---|---|---|---|

L&G Law Group LLP
175 W. Jackson Blvd.
Suite 950
Chicago, IL 60604

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $53,115.54 |
|---|---|---|---|

LaGrange Crane Service
6180 River Road
La Grange, IL 60525

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Crane_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $106,037.48 |
|---|---|---|---|

Launch 3 Telecom
27 Daniel Road
Suite 1
Fairfield, NJ 07004

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Materials_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.47**

**Nonpriority creditor's name and mailing address**
Low Voltage Industries
841 Brian Dr.
Crest Hill, IL 60403

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.48**

**Nonpriority creditor's name and mailing address**
Mark Campbell
734 Shannon Bridge
Dyer, IN 46311

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.49**

**Nonpriority creditor's name and mailing address**
MasTec, Inc.
800 S. Douglas Rd., 10th Floor
Miami, FL 33134

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.50**

**Nonpriority creditor's name and mailing address**
Millennium
2120 Hobbs Drive
Delavan, WI 53115

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$38,284.20

---

**3.51**

**Nonpriority creditor's name and mailing address**
Munck Wilson Mandala
600 Banner Place
12770 Coit Road
Dallas, TX 75251

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,450.00

---

**3.52**

**Nonpriority creditor's name and mailing address**
Paragon Travel
Omladinskih Brigada 86k-4
New Belrade, SERBIA
11070

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Air Tickets

Is the claim subject to offset? ■ No ☐ Yes

$34,738.34

---

**3.53**

**Nonpriority creditor's name and mailing address**
Perfect10
16101 La Grande Drivee
Little Rock, AR 72223

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

Is the claim subject to offset? ■ No ☐ Yes

$210,101.38

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,233.12 |

Rexel
5429 Lyndon B. Johnson Freeway
Dallas, TX 75240

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200,000.00 |

Roaming Networks doo Beograd
Oblakovska 51
11000 Belgrade, SERBIA

**Date(s) debt was incurred** 7/2/2020

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,000,000.00 |

Roaming Networks doo Beograd
Oblakovska 51
11000 Belgrade, SERBIA

**Date(s) debt was incurred** 11/9/2020

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,200,000.00 |

Roaming Networks doo Beograd
Oblakovska 51
11000 Belgrade, SERBIA

**Date(s) debt was incurred** 12/30/2020

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $700,000.00 |

Roaming Networks doo Beograd
Oblakovska 51
11000 Belgrade, SERBIA

**Date(s) debt was incurred** 1/13/2021

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,052,000.00 |

Roaming Networks doo Beograd
Oblakovska 51
11000 Belgrade, SERBIA

**Date(s) debt was incurred** 11/15/2021

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,721,844.87 |

Roaming Networks doo Beograd
Oblakovska 51
11000 Belgrade, SERBIA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,256,572.61 |

Roaming Networks ZAGREB
Street Miroslava
Kraljebica 30 CROATIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Loan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,641.87 |

Rosenberger Site Solution
PO Box 4268
Lake Charles, LA 70606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Materials

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |

Shannon HLS Consulting & Investing
14395 Miramar Pkwy Unit 124
Miramar, FL 33027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Subco

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,306.00 |

Southside Electrical Distributors
13740 Kenton Avenue
Crestwood, IL 60418

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Materials

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142,869.82 |

Steiner Electric
1200 N. Arlington Heights Road
Suite 400
Itasca, IL 60143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Materials

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,247.00 |

Top Tier Designs LLC
811 Turtle Creek Court
Naperville, IL 60565

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Professional Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,807.70 |

Triumph Commercial Finance
12700 Park Central Drive
Suite 1700
Dallas, TX 75251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,292.96 |
|------|------------------------------------------------|----------------------------------------------------------------------|------------|

3.68 Nonpriority creditor's name and mailing address
TRS - RenTelco
Division of McGrth RentCorp.
PO Box 45075
San Francisco, CA 94145-0075

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$27,292.96

---

3.69 Nonpriority creditor's name and mailing address
Veermer
3025 State Highway 161
Irving, TX 75062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,678.89

---

3.70 Nonpriority creditor's name and mailing address
Verscom - Terry W
381 Park Avenue
Manhasset, NY 11030

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Subco

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.71 Nonpriority creditor's name and mailing address
Volks Resources LLC
BN 88912
Milwaukee, WI 53288-0912

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Subco

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.72 Nonpriority creditor's name and mailing address
Vulcan Materials Company
13880 Dulles Corner Lane
Suite 450
Herndon, VA 20171

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Materials

Is the claim subject to offset? ■ No ☐ Yes

$14,560.25

---

3.73 Nonpriority creditor's name and mailing address
Warehouse FL/Miami - DS MCNAB LLC
47-14 32nd Place
Long Island City, NY 11101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$50,077.11

---

3.74 Nonpriority creditor's name and mailing address
Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Fuel

Is the claim subject to offset? ■ No ☐ Yes

$156,408.15

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 11,383,837.36 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 11,383,837.36 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    Potential warranty claims arising from telecommunication equipment installation. <br><br> State the term remaining <br><br> List the contract number of any government contract | <br><br><br><br><br> Contingent Warranty Claims |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest    Lease of 1801 Euclid Ave., Chicago Heights, IL 60411 <br><br> State the term remaining    4/30/2027 <br><br> List the contract number of any government contract | <br><br><br> Highway 66 Truck Repair LLC <br> 4450 137th Place <br> Crestwood, IL 60418 |

Debtor name    Roaming Networks, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | CloseOut Cloud, Inc. | 200 Continental Dr. Suite 401 Newark, DE 19713 | Roaming Networks ZAGREB | ☐ D _____ ■ E/F __3.61__ ☐ G _____ |
| 2.2 | CloseOut Cloud, Inc. | 200 Continental Dr. Suite 401 Newark, DE 19713 | Roaming Networks doo Beograd | ☐ D _____ ■ E/F __3.55__ ☐ G _____ |
| 2.3 | CloseOut Cloud, Inc. | 200 Continental Dr. Suite 401 Newark, DE 19713 | Roaming Networks doo Beograd | ☐ D _____ ■ E/F __3.56__ ☐ G _____ |
| 2.4 | CloseOut Cloud, Inc. | 200 Continental Dr. Suite 401 Newark, DE 19713 | Roaming Networks doo Beograd | ☐ D _____ ■ E/F __3.57__ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | CloseOut Cloud, Inc. | 200 Continental Dr. Suite 401 Newark, DE 19713 | Roaming Networks doo Beograd | ☐ D _____ ■ E/F   3.58 ☐ G _____ |
| 2.6 | CloseOut Cloud, Inc. | 200 Continental Dr. Suite 401 Newark, DE 19713 | Roaming Networks doo Beograd | ☐ D _____ ■ E/F   3.59 ☐ G _____ |
| 2.7 | CloseOut Cloud, Inc. | 200 Continental Dr. Suite 401 Newark, DE 19713 | Roaming Networks doo Beograd | ☐ D _____ ■ E/F   3.60 ☐ G _____ |
| 2.8 | Mark Campbell | 734 Shannon Bridge Dyer, IN 46311 | Tru Funding, LLC | ■ D   2.3 ☐ E/F _____ ☐ G _____ |
| 2.9 | Mark Campbell | 734 Shannon Bridge Dyer, IN 46311 | GME Supply Company | ☐ D _____ ■ E/F   3.30 ☐ G _____ |
| 2.10 | Mark Campbell | 734 Shannon Bridge Dyer, IN 46311 | GME Supply Company - Training | ☐ D _____ ■ E/F   3.31 ☐ G _____ |
| 2.11 | Mark Campbell | 734 Shannon Bridge Dyer, IN 46311 | Home Depot Commercial | ☐ D _____ ■ E/F   3.35 ☐ G _____ |

| Debtor | Roaming Networks, Inc. | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.12 | Mark Campbell | 734 Shannon Bridge<br>Dyer, IN 46311 | Southside Electrical<br>Distributors | ☐ D _____<br>■ E/F ___3.64___<br>☐ G _____ |
| 2.13 | Mark Campbell | 734 Shannon Bridge<br>Dyer, IN 46311 | Steiner Electric | ☐ D _____<br>■ E/F ___3.65___<br>☐ G _____ |
| 2.14 | Mark Campbell | 734 Shannon Bridge<br>Dyer, IN 46311 | City Electric Supply | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.15 | Mark Campbell | 734 Shannon Bridge<br>Dyer, IN 46311 | Enterprise Leasing | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.16 | Mark Campbell | 734 Shannon Bridge<br>Dyer, IN 46311 | Enterprise Rent-A-Car | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.17 | Mark Campbell | 734 Shannon Bridge<br>Dyer, IN 46311 | Enterprise Rent-a-Car | ☐ D _____<br>■ E/F ___3.24___<br>☐ G _____ |
| 2.18 | Orchard Electric,<br>Inc. | 1801 Euclid Ave.<br>Chicago Heights, IL 60411 | Highway 66 Truck<br>Repair LLC | ☐ D _____<br>■ E/F ___3.34___<br>☐ G _____ |
| 2.19 | Orchard Electric,<br>Inc. | 1801 Euclid Ave.<br>Chicago Heights, IL 60411 | Enterprise Rent-a-Car | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

Debtor name    Roaming Networks, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 1/01/2023 to Filing Date | ☐ Operating a business<br>■ Other   Net Loss- $820,601.01 | $3,031,293.03 |
   | For prior year:<br>From 1/01/2022 to 12/31/2022 | ☐ Operating a business<br>■ Other   Net Loss -$10,137,113.00 | $18,588,889.00 |
   | For year before that:<br>From 1/01/2021 to 12/31/2021 | ☐ Operating a business<br>■ Other   Net Loss - $59,220.00 | $7,132,675.00 |
   | For the fiscal year:<br>From 1/01/2020 to 12/31/2020 | ☐ Operating a business<br>■ Other   Net Loss -$797,124.00 | $4,132,525.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Enterprise Rent-a-Car<br>P.O. Box 843369<br>Kansas City, MO 64184 | 7/21/23 | $8,294.12 | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Enterprise Leasing<br>P.O. Box 800089<br>Kansas City, MO 64180-0089 | 7/21/23 | $10,884.27 | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. Ruthven Family Ltd Partnership II<br>PO Box 2420<br>Lakeland, FL 33806 | 7/21/23 | $10,716.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. LaGrange Crane Service<br>6180 River Road<br>La Grange, IL 60525 | 7/21/23 | $10,171.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. Cincinnati Insurance<br>4790 Red Bank Expy<br>#207 | 7/21/23 | $48,036.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. Chase Credit Card<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | 7/27/23 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. United Healthcare<br>Three Parkway North<br>Suite 500<br>Deerfield, IL 60015 | 8/3/23 | $14,236.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.<br>Neema<br>1210 S. Indiana Ave<br>Chicago, IL 60605 | 8/3/23 | $6,218.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9.<br>Highway 66 Truck Repair LLC<br>4450 137th Place<br>Crestwood, IL 60418 | 8/4/23 | $6,518.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.<br>Blue Bridge Financial, LLC<br>11921 Freedom Dr.<br>Suite 1130<br>Reston, VA 20190 | 8/10/23 | $4,051.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.<br>Triumph Commercial Finance<br>12700 Park Central Drive<br>Suite 1700<br>Dallas, TX 75251 | 8/10/23 | $4,667.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.<br>North Shore Holding<br>6859 W. Belmont Ave<br>Chicago, IL 60634 | 8/10/23 | $3,039.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13.<br>United Healthcare<br>Three Parkway North<br>Suite 500<br>Deerfield, IL 60015 | 8/11/23 | $13,786.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14.<br>Cincinnati Insurance<br>4790 Red Bank Expy<br>#207 | 8/21/23 | $52,634.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15.<br>Blue Bridge Financial, LLC<br>11921 Freedom Dr.<br>Suite 1130<br>Reston, VA 20190 | 9/11/23 | $4,051.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. Triumph Commercial Finance<br>12700 Park Central Drive<br>Suite 1700<br>Dallas, TX 75251 | 9/11/23 | $4,667.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. United Healthcare<br>Three Parkway North<br>Suite 500<br>Deerfield, IL 60015 | 9/12/23 | $5,215.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. Neema<br>1210 S. Indiana Ave<br>Chicago, IL 60605 | 9/14/23 | $6,602.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. Cincinnati Insurance<br>4790 Red Bank Expy<br>#207 | 9/21/23 | $9,435.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. Tru Funding, LLC<br>9550 Sergo Dr.<br>Unit 104<br>McCook, IL 60525 | 9/25/23 | $500,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. Highway 66 Truck Repair LLC<br>4450 137th Place<br>Crestwood, IL 60418 | 10/2/23 | $6,518.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. North Shore Holding<br>6859 W. Belmont Ave<br>Chicago, IL 60634 | 10/2/23 | $3,039.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. Ralph, Schwab & Schiever, Chtd.<br>3 Hawthorn Pkwy<br>#200<br>Vernon Hills, IL 60061 | 7/28/23 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.24. | Ralph, Schwab & Schiever, Chtd. 3 Hawthorn Pkwy #200 Vernon Hills, IL 60061 | 10/3/23 | $10,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.25. | Neema 1210 S. Indiana Ave Chicago, IL 60605 | 10/3/23 | $6,266.87 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. | North Shore Holding 6859 W. Belmont Ave Chicago, IL 60634 | 10/4/23 | $2,895.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. | Tru Funding, LLC 9550 Sergo Dr. Unit 104 McCook, IL 60525 | 10/10/23 | $500,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.28. | Blue Bridge Financial, LLC 11921 Freedom Dr. Suite 1130 Reston, VA 20190 | 10/10/23 | $8,336.98 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.29. | Triumph Commercial Finance 12700 Park Central Drive Suite 1700 Dallas, TX 75251 | 10/10/23 | $4,667.15 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.30. | United Healthcare Three Parkway North Suite 500 Deerfield, IL 60015 | 10/12/23 | $18,421.32 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.31. | Daniel Schlade | 10/16/23 | $10,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other_ Employee Settlement _ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.32. Webfile Tax Payment | 10/19/23 | $9,733.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other Tax Payment |
| 3.33. KSM - Katz, Sapper & Miller<br>Department 235<br>PO Box 7096<br>Indianapolis, IN 46206-7096 | 10/19/23 | $13,541.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.34. Ralph, Schwab & Schiever, Chtd.<br>3 Hawthorn Pkwy<br>#200<br>Vernon Hills, IL 60061 | 10/23/23 | $7,746.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.35. Cincinnati Insurance<br>4790 Red Bank Expy<br>#207 | 10/23/23 | $9,435.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other Insurance |
| 3.36. John Hancock | 10/23/23 | $48,553.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other 401K debt |
| 3.37. Chase Credit Card<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | 10/24/23 | $14,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.38. Koor Group TMO<br>12487 Camborne Ct.<br>Bristow, VA 20136 | 10/24/23 | $46,635.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other Removal of Lien |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| GM Financial<br>PO Box 183621<br>Arlington, TX 76096 | 2019 Chevy Equinox VIN# 2GNAXHEV8K6197603 | | $0.00 |
| GM Financial<br>PO Box 183621<br>Arlington, TX 76096 | 2019 Chevy Equinox VIN# 2GNAXHEV4K6212369 | | $0.00 |
| GM Financial<br>PO Box 183621<br>Arlington, TX 76096 | 2020 Chevy Equinox VIN# 3GNAXHEV1LS559628 | | $0.00 |
| GM Financial<br>PO Box 183621<br>Arlington, TX 76096 | 2019 Chevy Equinox VIN# 3GNAXHEV7KS552780 | | $0.00 |
| GM Financial<br>PO Box 183621<br>Arlington, TX 76096 | 2020 Chevy Equinox VIN# 3GNAXHEVXLS559627 | | $0.00 |
| HYG Financial Services, Inc.<br>PO Box 35701<br>Billings, MT 59107 | 4 Hyster Fork Lifts | | $0.00 |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Chaves Quiros v. Roaming Networks, Inc.<br>23-CV-60983 | Labor Claim | Southern District of Florida | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Kyle Enterprises LLC v. Roaming Networks, Inc.<br>2023 CV 000256 | Breach of Contract | Walworth County Circuit Court (WI) | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | LaGrange Crane Servce v. Roaming Networks, Inc.<br>2023-L-001557 | Breach of Contract | Circuit Court of Cook County Illinois | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Clyde Lee v. Roaming Networks, Inc.<br>CACE23001523 | Labor Claim | Floridia Circuit Court | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Mode Transportation LLC v. Roaming Networks, Inc.<br>2023-CC-000375 | Labor Claims | Florida Circuit Court | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Roaming Networks, Inc. v. Velex, Inc. et al<br>471-00499-2023 | Breach of Contract | District Court of Collin County Texas | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Georgetown Industrial Center, LLC v. Roaming Networks, Inc.<br>49D06-2302-CC-005473 | Breach of Contract | Marion Superior Court 6 of Indiana | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Hyg Financial Services Inc.<br>P.O. Box 77102<br>Minneapolis, MN 55480 | Repossession | Unknown |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

---

**Part 4:**   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**

   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☑ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**

   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Ericsson, Inc.<br>6300 Legacy Drive<br>Plano, TX 75075 | Settlement of claims against Ericsson, Inc.'s Excalibur project in Florida | | $500,000.00 |
| **Relationship to debtor** | | | |
| 13.2. Deficiency Purchaser, LLC<br>a Florida limited liability company | Claim Purchase Agreement involving assignment of claims against Velex, Inc. | | $600,000.00 |
| **Relationship to debtor** | | | |

## Part 7:  Previous Locations

14. **Previous addresses**

   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

     ☐ No Go to Part 10.
     ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| John Hancock 401k | EIN: c1eb549 |

Has the plan been terminated?
☑ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Katz, Sapper & Miller<br>800 E 96th Street<br>Suite 500<br>Indianapolis, IN 46240 | 2019 - 2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rade Vujovic | | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nikola Petrovic | | Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| CloseOut Cloud, Inc. | | Shareholder | 80% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Mark Campbell | | Shareholder | 20% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

 ■  No
 ☐  Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
 Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

 ■  No
 ☐  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-----------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

 ■  No
 ☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

 ■  No
 ☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November  6, 2023

/s/ Nikola Petrovic                                          Nikola Petrovic
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Illinois

In re   Roaming Networks, Inc.                                              Case No. _____

                                                    Debtor(s)              Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..............................................   $ _____5,000.00

    Prior to the filing of this statement I have received ...............................   $ _____5,000.00

    Balance Due ................................................................................................   $ _____0.00

2.  $ ___335.00___ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Exemption advice.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Any other matters which may arise in the case, including for example, but not limited to, i) objections to exemptions, ii) any adversary proceedings, including without limitation, objections to discharge and/or complaints to determine dischargeability of debt, iii) United States Trustee's office compliance inquiries and enforcement proceedings, iv) Rule 2004 Examinations, v) proceedings or actions to obtain documents or information from creditors or third parties by either voluntary request, compulsory process or non-judicial or judicial proceedings, vi) any matters requiring legal services in non-bankruptcy law practice areas, vii)  judicial or non-judicial proceedings in a venue and/or forum other than the United States Bankruptcy Court, viii) relief from stay actions, ix) preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, x) tax or related accounting services, xi) estate planning, xii) civil or criminal litigation.

In re    Roaming Networks, Inc.                    Case No. _____

                          Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November  6, 2023
*Date*

/s/ David J. Schwab

David J. Schwab 6204333
*Signature of Attorney*
Ralph, Schwab & Schiever, Chartered
3 Hawthorn Parkway
Suite 200
Vernon Hills, IL 60061
847-367-9699  Fax: 847-367-9621
djschwab@rsslawoffices.com
*Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re    Roaming Networks, Inc.

                         Debtor(s)

Case No.

Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:              98

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    November 6, 2023               /s/ Nikola Petrovic

                                            Nikola Petrovic/Chief Executive Officer

                                            Signer/Title

AABSys Ifocity/Chadaka Ind. Estate
Patia, Bhubaneswar
Odisiha INDIA
751024


All Transportation LLC
94 Sugar Mill Lane
Weyers Cave, VA 24486


Amazon
Amazon Capital Services
PO Box 035184
Seattle, WA 98124-5184


American Express
600 Third Avenue
New York, NY 10016


Aqua Air Enterprises
5250 W. Century Blvd.
Suite 606
Los Angeles, CA 90045


AW Talent
Carretera Mexico Toluca 5095
Ciudade de MEXICO
 05320


Baymont Inn
12801 South Cicero
Alsip, IL 60803


Blue Brige Financial, LLC
11921 Freedom Dr.
Suite 1130
Reston, VA 20190


BM Crane
260 N. Fenway Dr.
Fenton, MI 48430


Butchko Electric
7333 S. Dewey Road
Amherst, OH 44001

```
Chase Credit Card
P.O. Box 6294
Carol Stream, IL 60197-6294


City Electric Supply
400 S. Record St.
Suite 900
Dallas, TX 75202


CloseOut Cloud, Inc.
200 Continental Dr.
Suite 401
Newark, DE 19713


CloseOut Cloud, Inc.
200 Continental Dr.
Suite 401
Newark, DE 19713


CloseOut Cloud, Inc.
200 Continental Dr.
Suite 401
Newark, DE 19713


CloseOut Cloud, Inc.
200 Continental Dr.
Suite 401
Newark, DE 19713


CloseOut Cloud, Inc.
200 Continental Dr.
Suite 401
Newark, DE 19713


CloseOut Cloud, Inc.
200 Continental Dr.
Suite 401
Newark, DE 19713


CloseOut Cloud, Inc.
200 Continental Dr.
Suite 401
Newark, DE 19713
```

CloseOut Cloud, Inc.
200 Continental Dr.
Suite 401
Newark, DE 19713


Contingent Warranty Claims


Corporate Lodging Consultants
3444 N. Country Club Road
Suite 200
Tucson, AZ 85716


Dentons
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606


Diamond McCarthy
2711 N. Haskell Av, Suite 3100
The Tower at Cityplace
Dallas, TX 75204


Digital Hire Inc.
Attn: Mark Hoge
2000 Corporate Ridge, Suite 900
McLean, VA 20164


Ditch Witch
1555 Atlantic Drive
West Chicago, IL 60185


Electro Rent Corporation
27315 Network Place
Chicago, IL 60673-1273


Elliott Electric Supply
2700 Summit Avenue
Plano, TX 75074


EMC Insurance
Damage Recovery
PO Box 801988
Kansas City, MO 64180

Emerging Travel Inc.
3500 S. DuPont Hwy
Dover, DE 19901


Enterprise Leasing
P.O. Box 800089
Kansas City, MO 64180-0089


Enterprise Rent-a-Car
P.O. Box 843369
Kansas City, MO 64184


Enterprise Rent-A-Car
Leasing
PO Box 843369
Kansas City, MO 64184


Enterprise Rent-a-Car
Claims
P.O. Box 843369
Kansas City, MO 64184


Fibertex, LLC
P.O. Box 65621
Lubbock, TX 79464


First Point Group Inc.
5800 Granite Parkway, Suite 280
Granite Park I
Plano, TX 75024


Genevieve Bouchard House
2700 West Cypress Creek Road
Suite D100
Fort Lauderdale, FL 33309


Georgetown Industrial Center LLC
PO Box 22107
Tampa, FL 33602


Georgia Underground & Supply
5158-G Kennedy Road
Forest Park, GA 30297

GME Supply Company
1391 E. Boone Industrial Blvd.
Columbia, MO 65202

GME Supply Company - Training
Capital One Trade Credit
PO Box 105525
Atlanta, GA 30348-5525

Grainger
6001 W. 115th St.
Alsip, IL 60803

Herc Rental
9010 Corporation Drive
Indianapolis, IN 46256

Highway 66 Truck Repair LLC
4450 137th Place
Crestwood, IL 60418

Highway 66 Truck Repair LLC
4450 137th Place
Crestwood, IL 60418

Home Depot Commercial
PO Box 9001043
Louisville, KY 40290-1043

Hotel Engine
950 S. Cherry Street, 10th Floor
Denver, CO 80246

Hug & Hall
8101 Fourche Rd.
Little Rock, AR 72209

Hyg Financial Services Inc.
P.O. Box 77102
Minneapolis, MN 55480

Intermediano SAS.
Faustino Carambula
1203 Rivera
URUGUAY

JKJ Workforce Agency, Inc.
806 Morgan Boulevard, Suite J.
Harlingen, TX 78550


Koor Group Inc.
9890 Liberia Ave., #1079
Manassas, VA 20110


Koor Group TMO
12487 Camborne Ct.
Bristow, VA 20136


KSM - Katz, Sapper & Miller
Department 235
PO Box 7096
Indianapolis, IN 46206-7096


L&G Law Group LLP
175 W. Jackson Blvd.
Suite 950
Chicago, IL 60604


LaGrange Crane Service
6180 River Road
La Grange, IL 60525


Launch 3 Telecom
27 Daniel Road
Suite 1
Fairfield, NJ 07004


Low Voltage Industries
841 Brian Dr.
Crest Hill, IL 60403


Mark Campbell
734 Shannon Bridge
Dyer, IN 46311


Mark Campbell
734 Shannon Bridge
Dyer, IN 46311

```
Mark Campbell
734 Shannon Bridge
Dyer, IN 46311


Mark Campbell
734 Shannon Bridge
Dyer, IN 46311


Mark Campbell
734 Shannon Bridge
Dyer, IN 46311


Mark Campbell
734 Shannon Bridge
Dyer, IN 46311


Mark Campbell
734 Shannon Bridge
Dyer, IN 46311


Mark Campbell
734 Shannon Bridge
Dyer, IN 46311


Mark Campbell
734 Shannon Bridge
Dyer, IN 46311


Mark Campbell
734 Shannon Bridge
Dyer, IN 46311


Mark Campbell
734 Shannon Bridge
Dyer, IN 46311


MasTec, Inc.
800 S. Douglas Rd., 10th Floor
Miami, FL 33134


Millennium
2120 Hobbs Drive
Delavan, WI 53115
```

Munck Wilson Mandala
600 Banner Place
12770 Coit Road
Dallas, TX 75251


Orchard Electric, Inc.
1801 Euclid Ave.
Chicago Heights, IL 60411


Orchard Electric, Inc.
1801 Euclid Ave.
Chicago Heights, IL 60411


Paragon Travel
Omladinskih Brigada 86k-4
New Belrade, SERBIA
11070


Perfect10
16101 La Grande Drivee
Little Rock, AR 72223


Rexel
5429 Lyndon B. Johnson Freeway
Dallas, TX 75240


Roaming Networks doo Beograd
Oblakovska 51
11000 Belgrade, SERBIA


Roaming Networks doo Beograd
Oblakovska 51
11000 Belgrade, SERBIA


Roaming Networks doo Beograd
Oblakovska 51
11000 Belgrade, SERBIA


Roaming Networks doo Beograd
Oblakovska 51
11000 Belgrade, SERBIA

Roaming Networks doo Beograd
Oblakovska 51
11000 Belgrade, SERBIA


Roaming Networks doo Beograd
Oblakovska 51
11000 Belgrade, SERBIA


Roaming Networks ZAGREB
Street Miroslava
Kraljebica 30 CROATIA


Rosenberger Site Solution
PO Box 4268
Lake Charles, LA 70606


Shannon HLS Consulting & Investing
14395 Miramar Pkwy Unit 124
Miramar, FL 33027


Southside Electrical Distributors
13740 Kenton Avenue
Crestwood, IL 60418


Steiner Electric
1200 N. Arlington Heights Road
Suite 400
Itasca, IL 60143


Top Tier Designs LLC
811 Turtle Creek Court
Naperville, IL 60565


Triumph Commercial Finance
12700 Park Central Drive
Suite 1700
Dallas, TX 75251


TRS - RenTelco
Division of McGrth RentCorp.
PO Box 45075
San Francisco, CA 94145-0075

```
Tru Funding, LLC
9550 Sergo Dr.
Unit 104
McCook, IL 60525


Veermer
3025 State Highway 161
Irving, TX 75062


Verscom - Terry W
381 Park Avenue
Manhasset, NY 11030


Volks Resources LLC
BN 88912
Milwaukee, WI 53288-0912


Vulcan Materials Company
13880 Dulles Corner Lane
Suite 450
Herndon, VA 20171


Warehouse FL/Miami - DS MCNAB LLC
47-14 32nd Place
Long Island City, NY 11101


Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   Roaming Networks, Inc.                                    Case No. _____

                                              Debtor(s)        Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Roaming Networks, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

CloseOut Cloud, Inc.
200 Continental Dr.
Suite 401
Newark, DE 19713

☐ None [*Check if applicable*]

November  6, 2023
_____
Date

/s/ David J. Schwab
_____
David J. Schwab 6204333

Signature of Attorney or Litigant
Counsel for   Roaming Networks, Inc.

Ralph, Schwab & Schiever, Chartered

3 Hawthorn Parkway
Suite 200
Vernon Hills, IL 60061
847-367-9699 Fax:847-367-9621
djschwab@rsslawoffices.com